UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Labrum, Brandelyn Elizabeth | Docket No. | 0980 2:22CR00009-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandelyn Elizabeth Labrum, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 28th day of June 2022, and the 26th day of July 2022, under the following conditions:

**Standard Condition # 10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #17:** Defendant shall reside at Hillyard Oxford House and may not change residence without prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 2, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Labrum. Ms. Labrum acknowledged an understanding of her release conditions at that time.

**Violation #1:** Brandelyn Elizabeth Labrum is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on October 19, 2022.

On October 19, 2022, Ms. Labrum reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and cocaine. Ms. Labrum signed a substance abuse denial form, in which she denied ingesting the aforementioned substances. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 25, 2022, Alere confirmed the above-noted urine specimen tested negative for the presence of cocaine.

On October 26, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Brandelyn Elizabeth Labrum is alleged to have violated the conditions of pretrial release supervision by changing her residence at the Hillyard Oxford House without prior permission of the U.S. Probation/Pretrial Services Office.

On November 3, 2022, the undersigned officer contacted Ms. Labrum to schedule a home contact with her at the Hillyard Oxford House. Ms. Labrum advised she had been told to move out of the Hillyard Oxford House on November 2, 2022, due to her not "acclimating" with the other residents in this sober living environment. Ms. Labrum stated she had to move out of the Hillyard Oxford House on November 3, 2022. Currently, Ms. Labrum is residing with her sister in Spokane, Washington.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

Re: Labrum, Brandelyn Elizabeth
November 8, 2022
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 8, 2022

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/9/22

Date