UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Labrum, Brandelyn Elizabeth | Docket No. | 0980 2:22CR00009-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandelyn Elizabeth Labrum, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 28th day of June 2022, and the 26th day of July 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 2, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Labrum. Ms. Labrum acknowledged an understanding of her release conditions at that time.

**Violation #1:** Brandelyn Elizabeth Labrum is alleged to have violated her conditions of pretrial release supervision by being arrested for drive by shooting on December 10, 2022.

The following information was gathered from Spokane Police Department incident report number 2022-20219084.

On December 10, 2022, at approximately 6:38 p.m., officers with the Spokane Police Department (SPD) were dispatched to a drive by shooting call near South Perry Street and East 7th Avenue in Spokane, Washington. The complainant provided a description of the vehicle and license plate number.

Upon arrival at the scene, an SPD officer went door-to-door to verify if anyone heard gunshots fired or was injured. The officer made contact with a female in an apartment who stated she thought she had been shot in the back of her right leg. At that time a fresh wound with blood seeping out was observed. It appeared to be a possible graze wound from a bullet.

The female advised the officer that she was standing in the area waiting for a friend to pick her up when a vehicle pulled up. As she approached the vehicle, thinking it was her friend, the alleged victim observed a male driver and female in the front passenger seat. The victim reportedly heard the female passenger ask the male driver, "do you want me to do it or should I?" When the alleged victim heard this statement she began running toward some nearby apartments. She reportedly heard approximately 5 to 7 gunshots as she ran away. The alleged victim entered an apartment where she had been staying to be safe. After a couple of minutes, the back of her leg began to burn and she found a wound she believed to be from a bullet.

The investigating officer checked the front of the apartment building where the alleged incident took place. Three shell casings were located in the snow. Later, other officers found four additional shell casings in the snow. Seven fresh bullet holes were located in the apartment building where the alleged victim ran toward when the shooting started.

Re: Labrum, Brandelyn Elizabeth
December 12, 2022
Page 2

SPD officers were able to locate the suspected vehicle near 3rd Avenue and Sherman Street in Spokane. As the officer followed the suspect vehicle, the vehicle pulled over without the officer activating the emergency lights. Once the vehicle was pulled over, the officer activated the vehicle's emergency lights. The driver and passenger of the suspect vehicle were detained without incident.

The driver was identified as a male individual and the passenger was identified as Ms. Labrum. After her constitutional rights were read to Ms. Labrum, she agreed to speak with the officer. Ms. Labrum told the officer that she was picked up at a convenience store by the male individual. She provided no other useful information.

The male driver invoked his constitutional rights and did not speak with the investigating officer. Upon searching his person, a scale and a counterfeit controlled substance (commonly known as "mexi's") were located.

The officer also was able to observe what appeared be a barrel of a Glock handgun under the driver's seat of the car. The handgun was clearly accessible from where the driver was sitting.

Subsequently, Ms. Labrum was taken into custody for drive by shooting. She is currently in custody at the Spokane County Jail.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2022

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/12/22
Date